UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 APR 13 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Randa Tawadros-Gurgis, A130 739 397 )<br>Raouf Mankaryous, A73 182 559 )<br>Plaintiffs )<br> )<br>vs. )<br> )<br>Denis Riordan, Interim Director )<br>Bureau of Citizenship and Immigration Services )<br> )<br>JFK Federal Building )<br>15 New Sudbury Street )<br>Boston, MA 02203 )<br> )<br>Eduardo Aguirre, Director )<br>Bureau of Citizenship and Immigration Services )<br>425 I Street, N.W. )<br>Washington D.C. 20536 )<br> )<br>Tom Ridge, Secretary of Homeland Security )<br>United States Department of Homeland Security )<br>Nebraska Avenue Center, N.W. )<br>Washington, D.C. 20508 )<br> )<br>Defendants ) | Case No.: 04 119 14 WGY<br><br>MOTION TO WITHDRAW<br>COMPLAINT FOR<br>DECLARATORY RELIEF<br>IN THE NATURE OF<br>MANDAMUS |

Now come the plaintiffs, by and through counsel, and move this honorable Court to permit them to withdraw their complaint.

The plaintiffs brought this mandamus action to compel the Bureau of Citizenship and Immigration Services to adjudicate the I-730 Asylee Relative Petition which plaintiff Randa Tawadros had filed on behalf of her spouse, plaintiff Raouf Mankaryous. On December 16th, 2004, the Bureau approved that petition. Accordingly, plaintiffs respectfully move to withdraw their complaint without prejudice.

1

Respectfully submitted,
Randa Tawadros,
Raouf Mankaryous, by their attorney,
Ilana Etkin Greenstein

Kaplan, O'Sullivan & Friedman, LLP
10 Winthrop Square, 3rd floor
Boston, MA 02110
(617) 482-4500.

## CERTIFICATE OF SERVICE

I, Ilana Etkin Greenstein, hereby certify that I have served a copy of the attached motion to withdraw by regular mail, postage prepaid, upon:

Denis Riordan, Interim Director
Bureau of Citizenship and Immigration Services
JFK Federal Building
15 New Sudbury Street
Boston, MA 02203

Eduardo Aguirre, Director
Bureau of Citizenship and Immigration Services
425 I Street, N.W.
Washington D.C. 20536

Tom Ridge, Secretary of Homeland Security
United States Department of Homeland Security
Nebraska Avenue Center, N.W.
Washington, D.C. 20508

Henry Hanley, Esq.
Department of Homeland Security
Office of District Counsel
JFK Federal Building, Room 425
15 New Sudbury Street
Boston, MA 02203

Joseph Pantoja, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
86 Chambers St., 3rd floor
New York, NY 10007

this 13th day of April, 2005

_____
Ilana Etkin Greenstein

U.S. Department of Homeland Security
JFK Federal Building – Room E-170
Boston, MA 02203



U.S. Citizenship
and Immigration
Services

NAME AND ADDRESS OF PETITIONER:

**Randa Tawadros-Gurgis**
**1 Mullberry Circle**
**Ayer, MA 01432**

NAME OF BENEFICIARY: Raouf Riad S. Mankaryous

CLASSIFICATION: I-730 approved for consideration of future AS2 eligibility
FILE NO: EAC-01-221-56147 (I-730)
A # 73182559
DATE PETITION FILED: 4/22/03

DATE PETITION APPROVED: Dec. 16, 2004

Dear Ms. Tawadros-Gurgis:

The Refugee/Asylee Relative Petition (form I-730) that you submitted to classify Raouf Riad S. Mankaryous for asylee status pursuant to Section 208 of the Immigration and Nationality Act was approved on December 16, 2004.

Sincerely,

*Denis C. Riordan*

Denis C. Riordan
District Director

cc: Llana Greenstein, Esq.